■ In the Matter of LISA Z. et al., Children under Sixteen Years of Age Alleged to be Abused. RICHARD J. STASZAK, as Commissioner of the Schenectady County Department of Social Services, Respondent; CHARLES Z. et al., Appellants.—Appeal from an order of the Family Court of Schenectady County, entered January 18, 1979, which adjudicated one of appellants' children an abused child pursuant to article 10 of the Family Court Act. Order affirmed, without costs, on the opinion of Judge Levine, dated September 1, 1978. Greenblott, J. P., Staley, Jr., Main, Mikoll and Casey, JJ., concur.